AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

HARRY R. MATHIS, and THELMA L. MATHIS, )
       Plaintiffs, )
        ) **JUDGMENT IN A CIVIL CASE**
v. ) **CASE NO. 7:08-CV-73-F**
        )
BARBARA M. HEISLER and AMERICAN )
GENERAL FINANCE, INC., )
       Defendants. )

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the Motion to Dismiss is ALLOWED and that the Motion for Default Judgment is DENIED. Plaintiff's request to file an amended Complaint is DENIED. The Clerk of Court is DIRECTED to close this case.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **January 2, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Harry R. Mathis | Matthew Patrick McGuire |
| Thelma L. Mathis | Joseph Samuel Dowdy |
| 1115 Cypress Drive | GlenLake One, Suite 200 |
| Wilmington, NC 28401 | 4140 Parklake Ave. |
| | Raleigh, NC 27612 |

January 2, 2009                DENNIS P. IAVARONE
Date                                 Clerk of Court

                                              /s/ Susan K. Edwards

*Wilmington, North Carolina*              *(By) Deputy Clerk*